DAYTON BAR ASSOCIATION *v.* LEWIS.

[Cite as *Dayton Bar Assn. v. Lewis* (1993), 68 Ohio St.3d 5.]

(No. 93–1330—Submitted September 22, 1993—Decided December 8, 1993.)

6

*Dennis A. Lieberman,* for relator.

*Robert E. Renshaw,* for respondent.

*Per Curiam.* Having thoroughly reviewed the record, we agree with the board's findings of fact and adopt its recommendation of a two-year suspension. However, we order that the entire suspension be stayed pending respondent's successful completion of a two-year probationary period under the conditions recommended by the board. Costs taxed to respondent.

*Judgment accordingly.*

A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and PFEIFER, JJ., concur.

MOYER, C.J., dissents and would order a two-year suspension with eighteen months stayed.

F.E. SWEENEY, J., dissents and would order a one-year suspension with six months stayed.